# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| OLOTH INSYXIENGMAY,<br><br>Petitioner,<br><br>v.<br><br>RICHARD MORGAN,<br><br>Respondent. | Case No. C00-5500<br><br>ORDER GRANTING PETITIONER'S MOTION TO ALLOW COPYING OF EXHIBITS |

The court having considered the petitioner's Motion to Allow Copying of Exhibits (Dkt. 74), the pleadings filed in support of and in response to the motion, and the file herein; it is hereby

**ORDERED** that the Pierce County Sheriff's Office shall permit copying of Pretrial Exhibits 5, 6, and 16 and Trial Exhibits 8 and 77 from *State v. Insyxiengmay*, Pierce County Superior Court Cause No. 95-1-00335-6 and that such copying shall be in a manner agreed to by the Legal Advisor of the Pierce County Sheriff's Office so as to maintain the authenticity and admissibility of the original exhibits.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this 9th day of November, 2005.

*Robert J. Bryan*
Robert J. Bryan
United States District Judge