UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

OLOTH INSYXIENGMAY,

              Petitioner,

      v.

RICHARD MORGAN,

              Respondent.

Case No. C00-5500RJB

ORDER GRANTING PETITIONER A
CERTIFICATE OF APPEALABILITY

This matter comes before the court on the petitioner's Notice of Appeal (Dkt. 97) and

Petitioner's Motion for a Certificate of Appealability (Dkt. 98). The court has considered the

briefing of the parties and the remainder of the record herein.

LEGAL STANDARD

The district court should grant an application for a Certificate of Appealability only if the

petitioner makes a "substantial showing of the denial of a constitutional right." 28 U.S.C. §

2253(c)(3). To obtain a Certificate of Appealability under 28 U.S.C. § 2253(c), a habeas petitioner

must make a showing that reasonable jurists could debate whether, or agree that, the petition should

have been resolved in a different manner or that the issues presented were adequate to deserve

encouragement to proceed further. *Slack v. McDaniel*, 120 S.Ct. 1595, 1603-04 (2000) (*quoting*

*Barefoot v. Estelle*, 463 U.S. 880, 893 n.4 (1983)). When the court denies a claim on procedural

grounds, the petitioner must show that jurists of reason would find it debatable whether the petition

Order- 1

1    states a valid claim of the denial of a constitutional right and that jurists of reason would find it

2    debatable whether the district court was correct in its procedural ruling. *Slack v. McDaniel*, 120

3    S.Ct. at 1604.

4                              REQUEST FOR CERTIFICATE OF APPEALABILITY

5           On January 25, 2006, the court issued an order denying petitioner's petition for writ of

6    habeas corpus.  Dkt. 96.

7           Petitioner filed a notice of appeal and has requested a Certificate of Appealability on the

8    following issues:

9           1. Whether Mr. Insyxiengmay is entitled to habeas relief on the ground that he was prejudiced
            by his unconstitutional exclusion from the in camera hearing during the state court
10          proceedings.

11          2. Whether Mr. Insyxiengmay is entitled to habeas relief on the basis that he was denied his
            Sixth Amendment right to confrontation when the trial court allowed the admission of
12          incriminating statements made by the non-testifying co-defendant.

13          3. Whether Mr. Insyxiengmay is entitled to habeas relief on the ground that he was denied his
            Sixth Amendment right to confront the witnesses against him when the trial court refused to
14          allow complete cross-examination of the testifying co-defendant regarding his plea
            agreement.

15
            4. Whether Mr. Insyxiengmay is entitled to habeas relief on the ground that he was denied his
16          constitutional right to due process of law when the trial court failed to instruct the jury on
            lesser included offenses which were warranted by the evidence.

17
     Dkt. 98, at 1-2.

18
            Respondent has filed a response opposing the request for a Certificate of Appealability,

19
     arguing that the claims do not meet the standard required to obtain a Certificate of Appealability.

20
     Dkt. 100.

21
                                              DISCUSSION

22
            In denying the petition for writ of habeas corpus, the court rejected the claims on the

23
     merits pursuant to the standard set forth in 28 U.S.C. § 2254(d).  Although the court did not

24
     believe that petitioner's claims warranted habeas relief, reasonable jurists could debate whether,

25
     or agree that, the petition should have been resolved in a different manner; and the issues presented

26

     Order- 2

1    are adequate to deserve encouragement to proceed further.  *Slack v. McDaniel*, 120 S.Ct. at

2    1603-04.  The court should grant petitioner's request for a Certificate of Appealability on

3    the issues identified above.

4         Accordingly, it is hereby **ORDERED** that Petitioner's Motion for a Certificate of

5    Appealability (Dkt. 98) is **GRANTED** on the four issues identified above.

6         The Clerk is directed to send a copy of this Order to counsel for petitioner and to

7    counsel for respondent.

8         DATED this 13th day of March, 2006.

9

10

11   ROBERT J. BRYAN
     United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Order- 3